# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:20-CV-075-KDB-DCK

| | |
|---|---|
| AMY C. HOLSCLAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CORRIHER TRACTOR, INC. and ) | |
| CHARLES R. CORRIHER, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion To Extend Stay And Mediation Deadline" (Document No. 12) filed September 4, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Consent Motion To Extend Stay And Mediation Deadline" (Document No. 12) is **GRANTED**. The parties shall participate in a mediation on or before **September 16, 2020**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice of Settlement or a Certificate of Initial Attorney's Conference on or before **September 23, 2020**.

Signed: September 8, 2020

David C. Keesler
United States Magistrate Judge